IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MYERS, | No. 4:23-CV-00475 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT HOUSER, | |
| Respondent. | |

### ORDER

**MARCH 21, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Petition,[1] is **DEEMED FILED**.

2. The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** to any right Petitioner may have to assert his conditions of confinement claims in a properly filed civil rights action.

3. Petitioner's motion for leave to proceed *in forma pauperis* is **DISMISSED as moot**.[2]

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Petitioner paid the filing fee on March 20, 2023.
[2] Doc. 5.